■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINARY INFANTE, Appellant. [922 NYS2d 777]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered January 13, 2009, as amended January 16, 2009, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree, and sentencing him to a term of eight years, unanimously affirmed.

The sentencing court properly exercised its discretion in denying defendant's motion to withdraw his guilty plea (*see People v Frederick*, 45 NY2d 520 [1978]). The record establishes that defendant's plea was knowing, intelligent, and voluntary, and it contradicts defendant's claim that he did not understand the consequences of his plea. Concur—Mazzarelli, J.P., Sweeny, Acosta, Renwick and DeGrasse, JJ.